**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KAREEM WALKER,

      Plaintiff,

    v.

JC LEWIS PRIMARY HEALTH
CARE CENTER,

      Defendant.

CIVIL ACTION NO.: 4:23-cv-349

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 3, 2024, Report and Recommendation, (doc. 8), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. The United States of America's Motion to Substitute Party is **GRANTED**. (Doc. 5.) The Clerk is **DIRECTED** to add the United States as the sole defendant. See 28 U.S.C. § 2679(d)(1). Defendant JC Lewis Primary Health Care Center is **DISMISSED**. The Clerk is **DIRECTED** to lift the stay, consistent with the Magistrate Judge's Order. (Doc. 8, p. 5.) The parties are **DIRECTED** to confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a Rule 26(f) Report no later than 30 days from the date of this Order.

**SO ORDERED**, this 24th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA