IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KAREEM WALKER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-349

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 5, 2024, Report and Recommendation, (doc. 13), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. The United States of America's Motion to Dismiss is **GRANTED**. (Doc. 10.) Plaintiff's Complaint is **DISMISSED**. Defendant's Motion to Stay is **DISMISSED** as moot. (Doc. 11.) The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 22nd day of March, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA